Upon this charge, the jury immediately acquitted the prisoner.

---

## Case No. 15,677.
### UNITED STATES v. McGILL.
[1 Hayw. & H. 59.] [1]
Circuit Court, District of Columbia. Dec. 24, 1841.

#### OFFICER—MISCONDUCT IN OFFICE.

A constable will be dismissed on a petition and proof of misconduct while in the exercise of the duties of his office.

Rule to show cause.

Rule on William McGill, constable, to show cause on the 22d of December, 1841, instant, why he should not be dismissed from the office of constable.

The following statement by W. Hebb, was sworn to before a justice of the peace:

That William McGill, after asking to be allowed to look at certain papers, took the papers, tore up a certain appeal bond, one of the said papers, and carried the other papers away. That he, McGill, cut loose a criminal confined and in charge of an officer while waiting to be taken to the work-house, and set the said criminal at liberty.

James Hoban, for the motion.

Mr. McGill did not appear to answer the rule.

THE COURT passed the following order: It is by the court, after hearing the testimony of witnesses and the reading of the affidavit of Mr. Hebb, ordered that William McGill be discharged from the office of constable of this court.